```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID RILEY,

                Plaintiff,

            -against-

CHRIS KUEHNE, JR.,

                Defendant.

1:23-cv-2237 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    This case was removed by Defendants from the New York Supreme Court. As the Plaintiff in this matter is *pro se*, and has not entered a notice of appearance, Defendant is directed to serve the *pro se* Plaintiff with the Notice of Removal and relevant documents, and to file proof of service on or before April 21, 2023. On or before that date, Defendant is also directed to file a status letter in this matter, advising the Court of his efforts to contact the *pro se* Plaintiff regarding the action in this forum.

**SO ORDERED.**

**Date: March 31, 2023**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**