USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID RILEY,

                Plaintiff,

      -against-

CHRIS KUEHNE, JR.,

                Defendant.

1:23-cv-2237 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The July 7, 2023 Initial Pretrial Conference is ADJOURNED *sine die*.

**SO ORDERED.**

Date: May 30, 2023
      New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**