UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| David Riley,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>Chris Kuehne, Jr.,<br><br>　　　　　　　　　　Defendant. | 1:23-cv-02237 (MKV) (SDA)<br>(Lead Case) |
| David Riley,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>Chris Kuehne, Sr., Life Union and Life Benefit Plan,<br><br>　　　　　　　　　　Defendants. | 1:23-cv-03928 (MKV) (SDA) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/11/2023

**STEWART D. AARON, United States Magistrate Judge:**

　　WHEREAS, on May 15, 2023, the Court accepted Case No. 23-cv-02237 as related, it is hereby ORDERED, pursuant to Federal Rule of Civil Procedure 42(a) that:

　　1.　Case Nos. 23-cv-02237 and 23-cv-03928 are consolidated for the purposes of pleading, discovery and other pre-trial matters and trial (hereafter the "Consolidated Action");

　　2.　Nothing herein waives any party's rights, claims, remedies, defenses, objections, or legal arguments;

　　3.　The Clerk of Court shall file this Order on the ECF docket of Case Nos. 23-cv-02237 and 23-cv-03928; and

4. All papers in the Consolidated Action shall be filed under Case No. 23-cv-02237, which is designated the lead case, since it was first filed, using the above caption.

**SO ORDERED.**

Dated:   New York, New York
         July 11, 2023

_____
STEWART D. AARON
United States Magistrate Judge