**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/06/2023
```

David Riley,

                              Plaintiff,

           -against-

Chris Kuehne, Jr.,

                             Defendant.

**1:23-cv-02237 (MKV) (SDA)**
ORDER

David Riley,

                              Plaintiff,

           -against-

Chris Kuehne, Sr., Life Union and Life Benefit Plan,

                             Defendants.

**1:23-cv-03928 (MKV) (SDA)**

**STEWART D. AARON, United States Magistrate Judge:**

Any opposition by Plaintiff in response to the letter motion filed at ECF No. 36 shall be

filed no later than Monday, October 16, 2023.

**SO ORDERED.**

Dated:      New York, New York
              October 6, 2023

_____
STEWART D. AARON
United States Magistrate Judge