UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| David Riley,<br><br>         Plaintiff,<br><br> -against-<br><br>Chris Kuehne, Jr.,<br><br>         Defendant. | 1:23-cv-02237 (MKV) (SDA)<br>(Lead Case) |
| David Riley,<br><br>         Plaintiff,<br><br> -against-<br><br>Chris Kuehne, Sr., Life Union and Life Benefit Plan,<br><br>         Defendants. | 1:23-cv-03928 (MKV) (SDA) |

**STEWART D. AARON, United States Magistrate Judge:**

  A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Wednesday, September 4, 2024, at 2:00 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

  The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Wednesday, August 28, 2024).

**SO ORDERED.**

Dated:   New York, New York
        August 6, 2024

                                                                              _____
                                                          STEWART D. AARON
                                                          United States Magistrate Judge